## Commonwealth *v.* Dagge et al. (Roberts, Appellant).

Submitted December 11, 1967.

*James P. McHugh,* for appellant; *Ralph B. D'Iorio* and *Vram S. Nedurian,* Assistant District Attorneys, *John R. Graham,* First Assistant District Attorney, and *Paul R. Sand,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.